**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MUTAZ ALSHARA,<br>Pro Se, Plaintiff,<br><br>v.<br><br>WIDEOPENWEST MICHIGAN, LLC;<br>WIDEOPENWEST NETWORKS, LLC;<br>WIDEOPENWEST MID-MICHIGAN, LLC;<br>NETGEAR, INCORPORATED; and<br>WEBROOT, INC.,<br>Defendants. | **Case Number 4:26-cv-12015-FKB-EAS**<br><br>**The Honorable Judge Behm**<br><br>**Magistrate Judge Stafford** |

**MUTAZS' RESPONSE TO ORDER TO SHOW CAUSE**
**REGARDING SUBJECT MATTER JURISDICTION**

May it please the Court.

**This Court has subject matter jurisdiction. Complete diversity of citizenship exists between Mutaz, a citizen of Michigan, and every Defendant, none of whom is a citizen of Michigan. The attached exhibits, obtained from the Michigan Department of Licensing and Regulatory Affairs official business entity registry maintained by the State of Michigan, confirm that each Defendant is registered as a foreign entity and that**

**none of the Defendants reside in nor are organized under the laws of Michigan.**

Plaintiff Mutaz Alshara respectfully submits this Response to the Court's Order to Show Cause dated August 14, 2026 (ECF Number 6), which directs Plaintiff to fully allege the citizenship of each Defendant, including the citizenship of each member of each limited liability company Defendant, and the state of incorporation and the state in which the principal place of business is located for each corporate Defendant. Mutaz provides that information below, supported by official Michigan Department of Licensing and Regulatory Affairs business registry records and Securities and Exchange Commission filings, attached as Exhibits 1 through 4.

## I. Correction to the Verified Complaint

As a preliminary matter, Mutaz respectfully identifies and corrects an error in the Verified Complaint. The Verified Complaint alleged at paragraphs 6, 7, and 8 that Defendants WideOpenWest Michigan, LLC, WideOpenWest Networks, LLC, and WideOpenWest Mid-Michigan, LLC are each "organized under the laws of the State of Colorado." That statement was incorrect. As reflected in the Michigan Department of Licensing and Regulatory

Affairs business entity records (Exhibit 1) and in WideOpenWest, Inc.'s Exhibit 21.1 to its Annual Report on Form 10-K filed with the Securities and Exchange Commission (File Number 001-38003), all three limited liability company Defendants are organized under the laws of the State of Delaware. The Englewood, Colorado address identified in the Verified Complaint is the principal place of business of the parent corporation, WideOpenWest, Inc., not the state of organization of the LLC Defendants. Mutaz regrets the error and respectfully requests leave to correct the Verified Complaint accordingly.

## II. Citizenship of the WideOpenWest LLC Defendants

The citizenship of a limited liability company is determined by the citizenship of each of its members. Carden v. Arkoma Associates, Ltd., 494 U.S. 185, 195-196 (1990); V & M Star, LP v. Centimark Corp., 596 F.3d 354, 356 (6th Cir. 2010); Delay v. Rosenthal Collins Group, LLC, 585 F.3d 1003, 1005 (6th Cir. 2009). Because members of a limited liability company may themselves have multiple members, "the federal court needs to know the citizenship of each 'sub-member' as well." Delay, 585 F. 3d at 1005.

Upon information and belief, supported by WideOpenWest, Inc.'s SEC filings, the corporate ownership structure of the three LLC Defendants is as follows:

**A. WideOpenWest Michigan, LLC** (Michigan LARA Entity Identification Number 801856787) is a limited liability company organized under the laws of the State of Delaware. The Michigan Department of Licensing and Regulatory Affairs business entity registry at mibusinessregistry.lara.state.mi.us confirms that WideOpenWest Michigan, LLC is registered as a "Foreign Limited Liability Company" with its Jurisdiction listed as "Delaware." (Exhibit 1.) Upon information and belief, the sole member of WideOpenWest Michigan, LLC is WideOpenWest, Inc., a corporation organized under the laws of the State of Delaware with its principal place of business at 7887 East Belleview Avenue, Suite 1000, Englewood, Colorado 80111. WideOpenWest, Inc. is therefore a citizen of Delaware and Colorado. 28 U.S.C. § 1332(c)(1). Accordingly, WideOpenWest Michigan, LLC is a citizen of Delaware and Colorado. WideOpenWest Michigan, LLC is not a citizen of Michigan.

**B. WideOpenWest Networks, LLC** is a limited liability company organized under the laws of the State of Delaware, as confirmed by WideOpenWest, Inc.'s Exhibit 21.1 to its Form 10-K filed with the Securities and Exchange Commission. Upon information and

belief, the sole member of WideOpenWest Networks, LLC is WideOpenWest, Inc., a corporation organized under the laws of the State of Delaware with its principal place of business in Englewood, Colorado. Accordingly, WideOpenWest Networks, LLC is a citizen of Delaware and Colorado. WideOpenWest Networks, LLC is not a citizen of Michigan.

**C. WideOpenWest Mid-Michigan, LLC** is a limited liability company organized under the laws of the State of Delaware, as confirmed by WideOpenWest, Inc.'s Exhibit 21.1 to its Form 10-K filed with the Securities and Exchange Commission. Upon information and belief, the sole member of WideOpenWest Mid-Michigan, LLC is WideOpenWest, Inc., a corporation organized under the laws of the State of Delaware with its principal place of business in Englewood, Colorado. Accordingly, WideOpenWest Mid-Michigan, LLC is a citizen of Delaware and Colorado. WideOpenWest Mid-Michigan, LLC is not a citizen of Michigan.

To the extent any intermediate holding entity exists between WideOpenWest, Inc. and the LLC Defendants in the corporate chain—such as WideOpenWest Finance, LLC, which is also organized under the laws of Delaware and is a wholly owned subsidiary of WideOpenWest, Inc.—any such entity is likewise organized under the laws of Delaware with its principal place of business in

Colorado. No member or sub-member of any LLC Defendant is a citizen of the State of Michigan.

## III. Citizenship of Defendant Netgear, Incorporated

As alleged in the Verified Complaint at paragraph 9 (ECF Number 1, PageID.5), Defendant Netgear, Incorporated is a corporation incorporated under the laws of the State of Delaware with its principal place of business in San Jose, California. The Michigan Department of Licensing and Regulatory Affairs business entity registry confirms that Netgear Inc. is registered in Michigan as a "Foreign Profit Corporation" with its Jurisdiction listed as "Delaware," Entity Identification Number 801065294. (Exhibit 2.) The registry further identifies Netgear's president as Charles J. Prober, with an address at 3553 North First Street, San Jose, California 95134, confirming that Netgear's principal place of business is in California. Accordingly, under 28 U.S.C. § 1332(c)(1), Netgear, Incorporated is a citizen of both Delaware and California. Netgear, Incorporated is not a citizen of Michigan.

## IV. Citizenship of Defendant Webroot, Inc.

The Verified Complaint at paragraph 10 (ECF Number 1, PageID.5-6) alleged that Defendant Webroot, Inc. is a corporation

incorporated under the laws of the State of Colorado, with its principal place of business in Broomfield, Colorado, operating as a division of OpenText Cybersecurity. Mutaz's investigation of the Michigan LARA business entity registry since filing the Verified Complaint has revealed that the entity registered in Michigan as "Webroot Software, Inc." (Entity Identification Number 801050401) has a status of "Existence Ceased - Merged." (Exhibit 3.)

Upon further investigation, Mutaz has determined that Carbonite, Inc. acquired Webroot in February 2019, and that OpenText Corporation subsequently acquired Carbonite in December 2019. As a result, Webroot's operations are now conducted through OpenText's corporate structure. The Michigan LARA business entity registry identifies the successor entity registered to do business in Michigan as "Open Text (DE) Inc." (Entity Identification Number 801058949), a Foreign Profit Corporation with its Jurisdiction listed as "Delaware," with officers located at 2440 Sand Hill Road, Suite 302, Menlo Park, California 94025. (Exhibit 4.)

Accordingly, to the extent that Webroot, Inc. continues to exist as a distinct legal entity, it is a Colorado corporation with its principal place of business in Broomfield, Colorado—making it a citizen of Colorado under 28 U.S.C. § 1332(c)(1). To

the extent that Webroot, Inc. has been absorbed into the OpenText corporate structure through the chain of acquisitions described above, its successor-in-interest, Open Text Inc. (registered in Michigan as Open Text (DE) Inc.), is a Delaware corporation with its principal place of business in Menlo Park, California—making the successor a citizen of Delaware and California. Under either scenario, Webroot, Inc. and any successor entity is not a citizen of Michigan. Mutaz respectfully requests leave to amend the Verified Complaint, if necessary, to substitute the proper successor entity as a Defendant in place of Webroot, Inc.

## V. Complete Diversity Exists

The following chart summarizes the citizenship of each party:

| **Party** | **Citizenship** |
|---|---|
| Mutaz Alshara | Michigan |
| WideOpenWest Michigan, LLC | Delaware and Colorado |
| WideOpenWest Networks, LLC | Delaware and Colorado |
| WideOpenWest Mid-Michigan, LLC | Delaware and Colorado |
| Netgear, Incorporated | Delaware and California |

| | |
|---|---|
| Webroot, Inc. | Colorado (or, if merged into successor: Delaware and California) |

Mutaz is a citizen of Michigan. No Defendant—whether the WOW LLC Defendants (citizens of Delaware and Colorado), Netgear (a citizen of Delaware and California), or Webroot and any successor (a citizen of Colorado, or of Delaware and California)—is a citizen of Michigan. Complete diversity of citizenship exists among all parties. Strawbridge v. Curtiss, 7 U.S. (3 Cranch) 267 (1806); 28 U.S.C. § 1332(a). The amount in controversy exceeds $75,000.00, exclusive of interest and costs, as alleged in the Verified Complaint. This Court possesses subject matter jurisdiction.

## VI. Conclusion

For the foregoing reasons, Mutaz respectfully submits that complete diversity of citizenship exists among the parties, that the amount in controversy exceeds the jurisdictional threshold of 28 U.S.C. § 1332(a), and that this Court possesses subject matter jurisdiction over this action. Mutaz respectfully requests that the Court find that subject matter jurisdiction is established, that the Court grant Mutaz leave to correct the Verified Complaint to reflect the accurate state of organization for the LLC Defendants, and that the Court grant Mutaz leave to amend the

Verified Complaint, if necessary, to substitute the proper successor entity for Defendant Webroot, Inc.

Mutaz respectfully thanks this Court for its consideration of this Response.

---

**VERIFICATION**

I, Mutaz Alshara, declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read the foregoing Response to Order to Show Cause, that the factual allegations contained therein are true and correct to the best of my knowledge, information, and belief, and that the statements made upon information and belief are believed to be true.

Dated: August 19, 2026

Respectfully submitted,

/s/ Mutaz Alshara
Mutaz Alshara
Pro Se, Plaintiff
7737 Appoline Street
Dearborn, Michigan 48126
Telephone: 1-313-400-4945
Email:
mutazmalshara@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, I electronically filed the foregoing Mutazs' Response to Order to Show Cause Regarding Subject Matter Jurisdiction with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record. As no Defendant has yet appeared in this action, no additional service is required at this time.

/s/ Mutaz Alshara
Mutaz Alshara
Pro Se, Plaintiff

## INDEX TO EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Michigan Department of Licensing and Regulatory Affairs, Business Entity Record for WideOpenWest Michigan, LLC (Entity Identification Number 801856787), showing Jurisdiction: Delaware, Entity Type: Foreign Limited Liability Company, retrieved from mibusinessregistry.lara.state.mi.us/search/business |
| 2 | Michigan Department of Licensing and Regulatory Affairs, Business Entity Record for Netgear Inc. (Entity Identification Number 801065294), showing Jurisdiction: Delaware, Entity Type: Foreign Profit Corporation, with officers in San Jose, California, retrieved from mibusinessregistry.lara.state.mi.us/search/business |
| 3 | Michigan Department of Licensing and Regulatory Affairs, Business Entity Search Results for Webroot Software, Inc. (Entity Identification Number 801050401), showing Status: Existence Ceased - Merged, Entity Type: Foreign Profit Corporation, retrieved from mibusinessregistry.lara.state.mi.us/search/business |
| 4 | Michigan Department of Licensing and Regulatory Affairs, Business Entity Record for Open Text (DE) Inc. (Entity Identification Number 801058949), showing Jurisdiction: Delaware, Entity Type: Foreign Profit Corporation, with officers in Menlo Park, California, retrieved from mibusinessregistry.lara.state.mi.us/search/business |

# EXHIBIT 1

Michigan Department of Licensing and Regulatory Affairs
Business Entity Record: WideOpenWest Michigan, LLC
Entity Identification Number: 801856787
**Jurisdiction: Delaware**

Source: Michigan Business Entity Search, mibusinessregistry.lara.state.mi.us/search/business

Note: The "Jurisdiction" field confirms that WideOpenWest Michigan, LLC is organized under the laws of Delaware and is registered in Michigan as a Foreign Limited Liability Company.



Business Search | MiBusiness

mibusinessregistry.lara.state.mi.us/search/business

Business Trademark Login

Home
Search
Forms

| | | | | | |
|---|---|---|---|---|---|
| EMPLOYERS | | of Law | | Corporation | |
| W.O.W. HEALTH & FITNESS CENTER | 02/06/2009 | Dissolved - Operation of Law | Not Good | Domestic Nonprofit Corporation | 8009 |
| W.O.W. OF DETROIT INC. | 01/08/2002 | Dissolved - Operation of Law | Not Good | Domestic Nonprofit Corporation | 8008 |
| W.O.W. PARKING, L.L.C. | 02/01/2000 | Active | Not Good | Domestic Limited Liability Company | 80112 |
| W.O.W. WEENIES ON WHEELS LLC | 09/22/2011 | Active | Not Good | Domestic Limited Liability Company | 8016 |
| W.O.W., INC. | 06/04/1986 | Dissolved - Operation of Law | Not Good | Domestic Profit Corporation | 8004 |
| W.O.W... WOMAN OF WAR MINISTRIES | 01/30/2007 | Dissolved - Operation of Law | Not Good | Domestic Ecclesiastical Corporation | 8009 |
| WAMBAUGH INVESTMENTS INC *Matched Names: WOW HAIR AND BODY CARE* | 04/20/2021 | Active | Good | Domestic Profit Corporation | 8026 |
| WASH ON WHEELS INC. *Matched Names: WOW LIMITED, INC.* | 10/01/1981 | Dissolved - Operation of Law | Not Good | Domestic Profit Corporation | 8002 |
| WAY OF WISDOM MINISTRIES *Matched Names: W O W MINISTRIES* | 11/16/2010 | Dissolved - Operation of Law | Not Good | Domestic Nonprofit Corporation | 8009 |
| WIDEOPENWEST MICHIGAN, LLC *Matched Names: WOW! INTERNET, CABLE AND PHONE WOW! FIBER INTERNET* | 05/17/2001 | Active | Good | Foreign Limited Liability Company | 8018 |

WIDEOPENWEST MICHIGAN, LLC
Matched Names: WOW! INTERNET, CABLE AND PHONE WOW! FIBER INTERNET WOW! INTERNET, CABLE AND PHONE

| | |
|---|---|
| *Entity Name* | WIDEOPENWEST MICHIGAN, LLC |
| *Identification #* | 801856787 |
| *Jurisdiction* | Delaware |
| *Entity Type* | Foreign Limited Liability Company |
| *Entity Status* | Active |
| *AR Standing* | Good |
| *AR Due Date* | 02/15/2027 |
| *Initial Filing Date* | 05/17/2001 |
| *Resident Agent Name* | CSC-LAWYERS INCORPORATING SERVICE (COMPANY) |
| *Registered Office Street Address* | 3410 BELLE CHASE WAY STE 600, LANSING, MI 48911 |

View History & Filings
Assumed Names

# EXHIBIT 2

Michigan Department of Licensing and Regulatory Affairs
Business Entity Record: Netgear Inc.
Entity Identification Number: 801065294
**Jurisdiction: Delaware**

Source: Michigan Business Entity Search, mibusinessregistry.lara.state.mi.us/search/business

Note: The record confirms Netgear Inc. is a Foreign Profit Corporation organized under Delaware law, with its president and officers located in San Jose, California 95134.

## NETGEAR INC.

| | |
|---|---|
| *Entity Name* | **NETGEAR INC.** |
| *Identification #* | **801065294** |
| *Jurisdiction* | **Delaware** |
| *Entity Type* | **Foreign Profit Corporation** |
| *Entity Status* | **Active** |
| *AR Standing* | **Good** |
| *Common Shares* | **205000000** |
| *AR Due Date* | **05/15/2027** |
| *Initial Filing Date* | **02/06/2015** |
| *Last Report with Officers and Directors* | **2026** |
| *Total Authorized Shares* | **205000000** |
| *Shares Attributable to Michigan* | **2525600** |
| *Current Period Apportionment %* | **0.8783** |
| *Current Period % Year End* | **2024** |
| *Resident Agent Name* | **THE CORPORATION COMPANY** |
| *Registered Office Street Address* | **40600 ANN ARBOR RD E STE 201, PLYMOUTH, MI 48170** |
| *President Name & Address* | **CHARLES J. PROBER 350 E PLUMERIA DR, SAN JOSE, CA 95134** |
| *President Name & Address* | **CHARLES J. PROBER 3553 N 1ST ST, SAN JOSE, CA 95134** |
| *Secretary Name & Address* | **KIRSTEN DARU 350 E PLUMERIA DR, SAN JOSE, CA 95134** |
| *Secretary Name & Address* | **KIRSTEN DARU 3553 N 1ST ST, SAN JOSE, CA 95134** |
| *Treasurer Name & Address* | **BRYAN MURRAY 350 E PLUMERIA DR, SAN JOSE, CA 95134** |

# EXHIBIT 3

Michigan Department of Licensing and Regulatory Affairs
Business Entity Search Results: Webroot Software, Inc.
Entity Identification Number: 801050401
**Status: Existence Ceased - Merged**

Source: Michigan Business Entity Search, mibusinessregistry.lara.state.mi.us/search/business
Note: The entity previously registered in Michigan as Webroot Software, Inc. has a status of "Existence Ceased - Merged," confirming that the entity was absorbed through the Carbonite/OpenText acquisition chain.



Business Search | MiBusiness
mibusinessregistry.lara.state.mi.us/search/business

Business Trademark Login

Home
Search
Forms

## Business Search

***As of 8/19/2026:***

- *Business Filings are processed through 08/15/2026.*
- *Renewals and Restorations (for entities returning to good standing) are processed through 08/17/2026.*

***To file a document or annual report/statement for an existing entity, search for the entity, select Request Access from the slide-out drawer, complete the questions, refresh the webpage, and select File Subsequent Document or File Annual Report/Statement.***

***The same process applies to order certificates and copies.***

*You must be logged in to file documents or order certificates and copies. Click on the Login button in the top right. If you do not have an account, create one. The credentials from the previous system did not transfer to this system.*

Business Search Info:

Webroot *

Advanced

Results: 1

| Name | Filing Date | Status | AR Standing | Entity Type | Entity ID# | Agent | AR Due Date |
|---|---|---|---|---|---|---|---|
| WEBROOT SOFTWARE, INC. | 04/03/2006 | Existence Ceased - Merged | N/A | Foreign Profit Corporation | 801050401 | THE CORPORATION COMPANY | N/A |

# EXHIBIT 4

Michigan Department of Licensing and Regulatory Affairs
Business Entity Record: Open Text (DE) Inc.
Entity Identification Number: 801058949
**Jurisdiction: Delaware**

Source: Michigan Business Entity Search, mibusinessregistry.lara.state.mi.us/search/business

Note: Open Text (DE) Inc., Webroot's successor through the OpenText/Carbonite acquisition, is registered as a Foreign Profit Corporation organized under Delaware law, with officers located at 2440 Sand Hill Road, Suite 302, Menlo Park, California 94025.

## OPEN TEXT (DE) INC.

Matched Names: OPEN TEXT INC.

| | |
|---|---|
| *Entity Name* | **OPEN TEXT (DE) INC.** |
| *Identification #* | **801058949** |
| *Jurisdiction* | **Delaware** |
| *Name in Home Jurisdiction* | **OPEN TEXT INC.** |
| *Entity Type* | **Foreign Profit Corporation** |
| *Entity Status* | **Active** |
| *AR Standing* | **Good** |
| *Common Shares* | **1000** |
| *AR Due Date* | **05/15/2027** |
| *Initial Filing Date* | **06/03/2010** |
| *Last Report with Officers and Directors* | **2026** |
| *Total Authorized Shares* | **1000** |
| *Shares Attributable to Michigan* | **60000** |
| *Current Period Apportionment %* | **3.3017** |
| *Current Period % Year End* | **2024** |
| *Resident Agent Name* | **CSC-LAWYERS INCORPORATING SERVICE (COMPANY)** |
| *Registered Office Street Address* | **3410 BELLE CHASE WAY STE 600, LANSING, MI 48911** |
| *President Name & Address* | **TAZEWELL SOUTHGATE ROWE 2440 SAND HILL ROAD, SUITE 302, MENLO PARK, CA 94025** |
| *Secretary Name & Address* | **MICHAEL FERNANDO ACEDO 2440 SAND HILL ROAD, SUITE 302, MENLO PARK, CA 94025** |
| *Treasurer Name & Address* | **TAZEWELL SOUTHGATE ROWE 2440 SAND HILL ROAD, SUITE 302, MENLO PARK, CA 94025** |