UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MUTAZ ALSHARA,<br><br>Plaintiff,<br><br>v.<br><br>WIDEOPENWEST MICHIGAN, LLC, *et al.*,<br><br>Defendants. | Case No. 26-12015<br>Honorable F. Kay Behm<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER FOR THE UNITED STATES MARSHAL SERVICE TO USE REASONABLE EFFORTS TO RE-SERVE DEFENDANT WEBROOT**

Plaintiff Mutaz Alshara, proceeding pro se, sues his internet service providers, Defendants Wideopenwest Michigan LLC, Wideopenwest Networks LLC, and Wideopenwest Mid-Michigan LLC (collectively, WOW); an internet router manufacturer, Defendant Netgear, Inc.; and an antivirus service provider, Webroot, Inc. ECF No. 1. Alshara claims that defendants failed to secure his personal information during a ransomware breach in March 2025. *Id.* The Honorable F. Kay Behm referred this case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 12.

The Court ordered Alshara to show cause why the claims against Webroot should not be dismissed under Federal Rule of Civil Procedure 4(m) for failure to serve. ECF No. 30. Rule 4(m) permits plaintiffs 90 days after the complaint is filed to serve defendants. If service is not completed within that timeframe, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time" unless the plaintiff can show good cause for the failure to serve. Fed. R. Civ. P 4(m).

Alshara responded that he initially identified Webroot's headquarters as the location for service. ECF No. 31, PageID.236. After the Court alerted Alshara to the defect in service, he determined the address for Webroot's registered agent, the Corporation Service Company, at 1900 W. Littleton Blvd., Littleton, CO 80120. *Id.* Alshara has shown good cause warranting an extension of the summons for another 60 days.

Because Alshara is proceeding *in forma pauperis*, "the officers of the court shall issue and serve all process," and the U.S. Marshals Service (USMS) has a duty to make reasonable efforts to serve defendants. 28 U.S.C. § 1915(d) (cleaned up). By **December 21, 2026,** the USMS must re-serve Webroot at the address for the Corporation Service Company listed above. The summons is also extended through that date.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: October 22, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 22, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager